IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANRIO, INC., DISNEY ENTERPRISES, INC., and DC COMICS,

    Plaintiffs,

  v.

KUMAR LALWANI, an individual and d/b/a ALI JEWELRY a/ka HIRA JEWELRY a/k/a DEENA'S JEWELRY, ASIM KHAN a/k/a ASIM ALI KHAN a/ka ASIM AU KHAN, an individual and d/b/a ALI JEWELRY a/k/a HIRA JEWELRY, and DOES 1–10, inclusive,

    Defendants.

No. C 12-01038 WHA

**ORDER DENYING STIPULATION TO CONTINUE**

"Discussing settlement" is not a good reason to continue this matter for yet another four weeks. Therefore, the Court **DENIES** the parties' stipulation to continue hearing on the motion for default judgment and the case management conference. Plaintiffs must serve a copy of this order on all defendants.

**IT IS SO ORDERED.**

Dated: September 13, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE