United States District Court
For the Northern District of California

1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT
7
8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
SANRIO, INC., DISNEY ENTERPRISES, INC.,
11    and DC COMICS,                                       No. C 12-01038 WHA
12            Plaintiffs,
13      v.
                                                           **ORDER DENYING**
14    KUMAR LALWANI, an individual and d/b/a                **STIPULATION TO**
      ALI JEWELRY a/ka HIRA JEWELRY a/k/a                   **CONTINUE**
15    DEENA'S JEWELRY, ASIM KHAN a/k/a
      ASIM ALI KHAN a/ka ASIM AU KHAN, an
16    individual and d/b/a ALI JEWELRY a/k/a HIRA
      JEWELRY, and DOES 1–10, inclusive,
17
              Defendants.
18    _____/
19
          "Discussing settlement" is not a good reason to continue this matter for yet another four
20
    weeks.  Therefore, the Court **DENIES** the parties' stipulation to continue hearing on the motion
21
    for default judgment and the case management conference.  Plaintiffs must serve a copy of this
22
    order on all defendants.
23
24        **IT IS SO ORDERED.**
25
    Dated:  September 13, 2012.                      _____
26                                                    WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE
27
28