**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANRIO, INC.; DISNEY ENTERPRISES, INC.; and DC COMICS, a general partnership,<br><br>    Plaintiffs,<br><br>  v.<br><br>KUMAR LALWANI and ASIM KHAN,<br><br>    Defendants.<br> / | No. C 12-01038 WHA<br><br>**ORDER RE DEFAULT AGAINST DEFENDANT KUMAR LALWANI** |

In this copyright and trademark infringement action, plaintiffs move for default judgment against pro se defendants. Plaintiffs allege that defendants, both doing business as "Ali Jewelry a/k/a Hira Jewelry," sold (and are still selling) jewelry, personal accessories, and other merchandise bearing identical likenesses of plaintiffs' copyrights and trademarks, including Hello Kitty, Mickey Mouse, Minnie Mouse, Tinker Bell, and Superman. While defendants have not filed an answer to the complaint or an opposition to the motion to dismiss, they did make an appearance on August 20, 2012, when the parties filed a joint request to continue the hearing on plaintiffs' motion for default judgment. This request was granted and the hearing was moved to September 20, 2012.

Only defendant Kumar Lalwani and plaintiffs appeared at the September 20 hearing. Defendant Khan failed to appear. At the hearing, Mr. Lalwani was provided with a copy

of the Pro Se Litigant Handbook and flyer for the Legal Help Center. Again, Mr. Lalwani should be aware that there is free legal assistance available to litigants without lawyers. This service — called the Legal Help Center — is available to anyone who is representing him- or herself in a civil lawsuit in the San Francisco division of the United States District Court for the Northern District of California. The Legal Help Center is located in the federal courthouse in San Francisco: 450 Golden Gate Ave, 15th Floor, Room 2796. Assistance is provided by appointment only, and appointments are held in person at the Legal Help Center. A litigant may schedule an appointment by signing up in the appointment book located on the table outside the door of the Center or by calling the Legal Help Center appointment line at 415-782-9000 x8657. Mr. Lalwani is encouraged to seek assistance from the Legal Help Center.

The motion for default judgment against Mr. Lalwani will be held in abeyance until October 24, 2012. A further hearing on plaintiffs' motion for default judgment is scheduled for **11:00 A.M. ON OCTOBER 25, 2012**. Before the hearing, Mr. Lalwani must move to set aside the entry of default against him and answer the complaint. If Mr. Lalwani does not make these filings, and the parties do not dismiss this action, then plaintiffs' motion for default judgment may be granted.

**IT IS SO ORDERED.**

Dated:   September 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2